# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00923-CV

**Appellant, John Dickerson// Cross-Appellant, Atlas Sand Company, LLC**

**v.**

**Appellee, Atlas Sand Company, LLC// Cross-Appellee, John Dickerson**

### FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-24-002380, THE HONORABLE MAYA GUERRA GAMBLE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant/Cross-Appellee John Dickerson and Appellee/Cross-Appellant Atlas Sand Company, LLC have filed a joint motion to dismiss this appeal and cross-appeal. The parties have agreed that the costs of the appeal will be paid by the party incurring the costs. *See* Tex. R. App. P. 42.1(d). We grant the motion and dismiss the appeal and cross-appeal. *See id.* R. 42.1(a), 43.2(f).

_____

Maggie Ellis, Justice

Before Justices Triana, Kelly, and Ellis

Dismissed on Joint Motion

Filed: April 23, 2026